**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**IN RE:  HANNAH ELIZABETH SMITH**              **CHAPTER 13**
                                                                                   **Case No. 25-50474-KMS**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW the Chapter 13 Trustee and files this Objection to Confirmation, and in support hereof, would show the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee objects to confirmation of Debtor's currently proposed Chapter 13 plan (Dkt. 2) based upon Debtor's Section 8.1 proposal to pay her student loan provider "direct pursuant to contract in place", which conflicts with the Fifth Circuit's recent decision in Matter of Durand-Day, 134 F.4th 846 (5th Cir. 2025).

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtor's proposed plan (Dkt. 2).

DATED, this the  3rd   day of   July   2025.

                                                                        Respectfully submitted,

                                                                        /s/ _____
                                                                               PHILLIP BRENT DUNNAWAY

1

## **CERTIFICATE OF SERVICE**

      I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee    USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor    trollins@therollinsfirm.com

      DATED this the  3rd  day of  July  2025.

/s/ *Phillip Brent Dunnaway*
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

2