# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50474  **Case Name:** Hannah Elizabeth Smith
**Set:** 07/10/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #18) - AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY'S OFFICE

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Dunnaway to submit an Agreed Order on the Objection filed by the Trustee [18]. Order due by 07/24/2025. Confirmation hearing removed. (mcc)