United States Bankruptcy Court
Southern District of Mississippi

In re:            Case No. 25-50474-KMS

Hannah Elizabeth Smith            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Sep 02, 2025      Form ID: n031      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hannah Elizabeth Smith, P. O. Box 536, Carriere, MS 39426-0536 |
| 5493664 | + | Advance Financial, 3280 N Univeristy Ave, Provo, UT 84604-4405 |
| 5493677 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Sep 02 2025 20:44:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5493663 | + | Email/Text: bankruptcy@1ffc.com | Sep 02 2025 20:44:00 | 1st Franklin, 421 Memorial Boulevard, Picayune, MS 39466-5548 |
| 5496800 | + | Email/Text: bankruptcy@1ffc.com | Sep 02 2025 20:44:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5493665 | | Email/Text: bankruptcy@bigpictureloans.com | Sep 02 2025 20:44:00 | Big Picture Loans, P.O. Box 704, Watersmeet, MI 49969 |
| 5499147 | + | Email/Text: bankruptcy@axcess-financial.com | Sep 02 2025 20:44:00 | CC Bank, PO Box 36454, Cincinnati OH 45236-0454 |
| 5493666 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 02 2025 20:44:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5493667 | + | Email/Text: bankruptcy@axcess-financial.com | Sep 02 2025 20:44:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 5493668 | + | Email/Text: melissa.martin@kfcu.org | Sep 02 2025 20:44:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5497485 | + | Email/Text: melissa.martin@kfcu.org | Sep 02 2025 20:44:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5493670 | + | Email/Text: mail@ldf-holdings.com | Sep 02 2025 20:44:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5493671 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 02 2025 20:44:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5495277 | + | Email/Text: bankruptcy@regionalmanagement.com | Sep 02 2025 20:44:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5493673 | | Email/Text: bankruptcy@republicfinance.com | Sep 02 2025 20:44:00 | Republic Finance, 520 E Pass Rd, STe D, Gulfport, MS 39507 |
| 5496883 | | Email/Text: bankruptcy@republicfinance.com | Sep 02 2025 20:44:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5493672 | + | Email/Text: bankruptcy@regionalmanagement.com | Sep 02 2025 20:44:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5498052 | + | Email/Text: wrs@byrdwiser.com | | |

District/off: 0538-6     User: mssbad     Page 2 of 3
Date Rcvd: Sep 02, 2025     Form ID: n031     Total Noticed: 27

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Sep 02 2025 20:44:00 | Robert Alan Byrd, Esq., For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5496244 | + | Email/Text: bkinfo@ccfi.com | Sep 02 2025 20:44:00 | SCIL, Inc., 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5493674 | | Email/Text: bankruptcy_department@clacorp.com | Sep 02 2025 20:44:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5495146 | | Email/Text: bankruptcy_department@clacorp.com | Sep 02 2025 20:44:00 | Simple Fast Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350 |
| 5493675 | + | Email/Text: bkinfo@ccfi.com | Sep 02 2025 20:44:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5493669 | | Email/Text: BankruptcyNotices@schear.net | Sep 02 2025 20:44:00 | Lendly, 3280 N University Ave, Provo, UT 84604 |
| 5493676 | | Email/Text: bankruptcy@towerloan.com | Sep 02 2025 20:44:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5520667 | + | Email/Text: bankruptcy@towerloan.com | Sep 02 2025 20:44:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5496973 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 02 2025 20:44:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Hannah Elizabeth Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Sep 02, 2025 Form ID: n031 Total Noticed: 27

Warren A. Cuntz T1, Jr.
                    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50474−KMS
**Chapter:** 13

**In re:**

Hannah Elizabeth Smith
P. O. Box 536
Carriere, MS 39426

## Notice of Entry of Order Confirming Plan

The Court entered an Order on September 2, 2025 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: September 2, 2025                              Danny L. Miller, Clerk of Court